UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| CRAIG THARP | : | DOCKET NO. 2:05-cv-1026<br>Section P |
|---|---|---|
| VS. | : | JUDGE TRIMBLE |
| J. P. YOUNG, WARDEN | : | MAGISTRATE JUDGE WILSON |

## O R D E R

Currently before the court is "Petitioner's Motion for Default Judgement" [doc. 5] filed by *pro se* petitioner, Craig Tharp. By this motion, the petitioner seeks to have the court enter a default judgment against the respondent. In support of this motion, the petitioner states that the respondent has failed to show cause why his writ should not be granted and that the time for doing so has expired.

A review of the docket sheet reveals that there has been no order directing service of process issued at this time. The deficiency flag was recently cleared, and the matter is now ready for initial review. If it is determined that service of process is appropriate in this matter, the respondent will be served with process and ordered to answer. However, because the respondent has not been served with process, there is no present need for him to file an answer or otherwise make an appearance in this case.

Therefore, it is ORDERED that the motion for default judgment be and it is hereby DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 23rd day of August, 2005.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE